UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DWIGHT COFER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:03CV01748 AGF |
| JAMES PURKETT, | ) | |
| Respondent, | ) | |

## ORDER

This matter is before the Court on Petitioner's motion for extension of time [Doc. No. 26], filed on January 16, 2007. In his motion, Petitioner requests thirty additional days, to and including February 19, 2007, to respond to the Court's Order dated December 5, 2006, to show cause why this action should not be dismissed as moot.

The Court notes that in its Order of December 5, 2006, it already allowed an extended period of time, in excess of six weeks, to show cause. In addition, the show cause order requests the parties to address only a single and narrow issue, namely whether the action should be dismissed as moot in light of the fact that it appears that Petitioner had been released from custody. As such, the extended period of time requested by Petitioner appears unwarranted. The Court will, however, grant Petitioner an additional twenty-one (21) days from the original deadline to file his show cause response.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for additional time [Doc. No. 26] is **GRANTED in part and DENIED in part**. Petitioner shall have 21 additional days, to and including **February 9, 2007**, to show cause why this action should not be dismissed as moot.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of January, 2007.